FILED
U.S. District Court
District of Kansas
10/07/2026
Clerk, U.S. District Court
By: KGS Deputy Clerk

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF KANSAS**

**BENJAMIN A. EDWARDS,**

**Plaintiff,**

**v.** **CASE NO. 26-3326-JWL**

**(FNU) COX, et al.,**

**Defendants.**

**MEMORANDUM AND ORDER**

Plaintiff filed this pro se civil rights case under 42 U.S.C. § 1983. Plaintiff is confined at the Lansing Correctional Facility in Lansing, Kansas. On August 31, 2026, the Court issued a notice of deficiency ("NOD") (Doc. 2) ordering Plaintiff to either pay the filing fee or submit a motion to proceed without prepayment of fees. The NOD provides that the failure to comply by September 30, 2026, may result in the dismissal of this matter without further notice. *Id.* at 2. Plaintiff has not filed a response as of the date of this Order.

Rule 41(b) of the Federal Rules of Civil Procedure "authorizes a district court, upon a defendant's motion, to order the dismissal of an action for failure to prosecute or for failure to comply with the Federal Rules of Civil Procedure or 'a court order.'" *Young v. United States*, 316 F. App'x 764, 771 (10th Cir. 2009) (citing Fed. R. Civ. P. 41(b)). "This rule has been interpreted as permitting district courts to dismiss actions *sua sponte* when one of these conditions is met." *Id*. (citing *Link v. Wabash R.R. Co.*, 370 U.S. 626, 630–31 (1962); *Olsen v. Mapes*, 333 F.3d 1199, 1204 n.3 (10th Cir. 2003)). "In addition, it is well established in this circuit that a district court is

not obligated to follow any particular procedures when dismissing an action *without prejudice* under Rule 41(b)." *Young*, 316 F. App'x at 771–72 (citations omitted).

Plaintiff has failed to comply with the NOD by the Court's deadline. Therefore, Plaintiff's Complaint is dismissed without prejudice pursuant to Rule 41(b).

**IT IS THEREFORE ORDERED** that this matter is **dismissed without prejudice** pursuant to Fed. R. Civ. P. 41(b).

**IT IS SO ORDERED**.

**Dated October 7, 2026, in Kansas City, Kansas.**

**S/ John W. Lungstrum**
**JOHN W. LUNGSTRUM**
**UNITED STATES DISTRICT JUDGE**